ACCEPTED
03-15-00290-CR
6414289
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/7/2015 6:11:13 PM
JEFFREY D. KYLE
CLERK

## NO.  03-15-00290-CR

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/7/2015 6:11:13 PM
JEFFREY D. KYLE
Clerk

# IN THE COURT OF APPEALS
# FOR THE
# THIRD SUPREME JUDICIAL DISTRICT
# AT AUSTIN, TEXAS

**RAFAEL HERNANDEZ-PRADO,**
**Appellant**

**vs.**

**THE STATE OF TEXAS,**
**Appellee**

**Appeal from the 33rd Judicial District Court**
**Cause No. 9767A**
**Burnet County, Texas**
**The Honorable J. Allan Garrett, Judge Presiding**

## APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME

**Gary E. Prust**
**State Bar No. 24056166**
**1607 Nueces Street**
**Austin, Texas  78701**
**(512) 469-0092**
**Fax:  (512) 469-9102**

**ATTORNEY FOR APPELLANT**

**APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME**
**TO FILE BRIEF**

Appellant, Rafael Harnandez-Prado, files this, his "First Motion for Extension of Time to File Brief," and in support thereof shows as follows.

I.

1.      Appellant's Motion is brought pursuant to TEX.R.APP.P 10.5(b).

2.      Appellant has not requested previously an extension of time within which to file his brief.

3.      Appellant's brief was due on July 30, 2015.

4.      Appellant's attorney had a very busy trial schedule in July and August 2015. Counsel has maintained a busy appellate schedule including authoring three appellate briefs in unrelated appeals during this same time period. Additionally, Appellant's attorney had an unexpected death in his immediate family in June 2015 and took time off to manage those affairs.

5.      In order to address the issues raised in the present appeal thoroughly, Appellant's attorney will require more time to complete his brief. Appellant's attorney will require until September 30, 2015 to complete his brief.

6.      Accordingly, Appellants request that this Court allow him until September 30, 2015 to file his brief.

Respectfully submitted,

/s/ Gary Prust

Gary E. Prust
SBN 24056166
1607 Nueces Street
Austin, Texas 78701
(512) 469-0092
Fax: (512) 469-9102
gary@prustlaw.com
Attorney for Appellant

## CERTIFICATE OF SERVICE

In compliance with Rule 9.5(d) of the Texas Rules of Appellate Procedure, the undersigned attorney certifies that a true and correct copy of the foregoing Motion was served Mr. Gary Bunyard of the 33rd and 424th District Attorney's Office via electronic service through efile.txcourts.gov on this 7th day of August 2015.

/s/ Gary E Prust
Gary E. Prust

## CERTIFICATE OF CONFERENCE

In compliance with Rule 10.1(a)(5) of the Texas Rules of Appellate Procedure, the undersigned attorney certifies he conferred with the 33rd and 424th District Attorney's Office via email communication concerning this motion on the 5th day of August, 2015.

/s/ Gary Prust
Gary E. Prust

## CERTIFICATE OF COMPLIANCE

Pursuant to TEX. R. APP. PROC. 9.4(i)(3), I hereby certify this brief contains 165 words. This is a computer-generated document created in Microsoft word, using 14-point typeface. In making this this certificate, I rely on the word county provided by the software use to prepare the document.

/s/ Gary Prust
Gary E. Prust